IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hatchett, Alicia

Printed: 2/19/08

Case Number: 07 B 02429
Judge: Hollis, Pamela S

Filed: 2/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,820.93 |  |
| Secured: |  | 591.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,076.88 |
| Trustee Fee: |  | 152.34 |
| Other Funds: |  | 0.00 |
| Totals: | 2,820.93 | 2,820.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 2,076.88 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 4,117.74 | 591.71 |
| 5. | Saxon Mortgage Services Inc | Secured | 13,762.21 | 0.00 |
| 6. | Ginny's | Unsecured | 284.02 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 214.58 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 357.93 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 438.70 | 0.00 |
| 10. | Torres Credit | Unsecured |  | No Claim Filed |
| 11. | Allied Interstate | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,798.18 | $ 2,668.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 152.34 |
|  | _____ |
|  | $ 152.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hatchett, Alicia | Case Number:  07 B 02429 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  2/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

